| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MARSH, MALCOLM F. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, OREGON | 3. Date of Report<br><br>04/27/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DIST. JUDGE, SR. STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>1000 S. W. THIRD AVENUE<br>SUITE 1507<br>PORTLAND, OR 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -4 A 10: 13 FINANCIAL DISCLOSURE OFFICE

Marsh_Malcolm_F

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/27/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/27/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 2. UTS EFT Strategic 10 Dow 07-A | A | Interest | | | Sold | 05/01 | K | | |
| 3. West. Asset Muni. Money Mkt Fund | A | Interest | J | T | | | | | |
| 4. Above fund was Previously listed as Smith Barney Municipal | | | | | | | | | |
| 5. (cont'd fr line 5) Money Market Fund | | | | | | | | | |
| 6. MUNICIPAL BONDS | | | | | | | | | |
| 7. Lane County Ore Sch Dist 4J, Due 7/1/2018 | A | Interest | K | T | | | | | |
| 8. Forest Grove Ore Rev Rfdg & Campus, Due 5/1/2036 | A | Interest | J | T | | | J | | |
| 9. Oregon St. Bd Bk Rev Ore Eco Comm Dev Dept, 01/01/2025, | A | Interest | J | T | Sold (part) | 01/02 | J | | |
| 10. Umatilla Co. Ore. Hosp., 12-01-2030 | A | Interest | K | T | | | | | |
| 11. Salem-Keizer Ore. S.D., 6-1-09, orig. maturity 06/01/2013 | A | Interest | J | T | | | | | |
| 12. Ore St. Health HSF Edl & Cultural, 11-15-2032 | A | Interest | K | T | | | | | |
| 13. Portland OR Housing Auth Rev Rfdg-Pooled 01/01/2027 | A | Interest | J | T | | | | | |
| 14. Clack Cnty Ore Sch Dist (Lk Osw), 06/01/2026 | A | Interest | K | T | | | | | |
| 15. OHSU Rev Ser A MSF MBIA, 07/01/2032 | A | Interest | K | T | | | | | |
| 16. Ore. St. Dept. Admin Svcs, due 05/01/2028 | A | Interest | J | T | | | | | |
| 17. Washington & Clackamas Cnty SD#23, Due 06/15/2020 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. OR St Vets Welfare, Ser. B, Due 10/01/2042 | B | Interest | K | T | | | | | |
| 19. OR St. Bd Higher Ed G/O, Due 08/01/2028 | B | Interest | L | T | | | | | |
| 20. Portland City OR Ltd/Tax Conv. Ctr, Ser. A, Due 06/01/2030 | B | Interest | K | T | | | | | |
| 21. OR St Dept Transn Hwy User Tax Rev, Bk Entry Due 11/15/2028 | B | Interest | K | T | | | | | |
| 22. Ore St Dpt of Transportation, Lien A, Due 11/15/2028 | B | Interest | J | T | | | | | |
| 23. Umatilla Co OR Hsp Fax Au Rev Cath, Due 5/1/2034 | A | Interest | K | T | | | | | |
| 24. Salem Ore Hosp Fac Auth Rev, Due 8/15/2030 | A | Interest | J | T | | | | | |
| 25. Portland, OR Swr Sys Rev 1st Lien Ser A, 6-15-2027 | A | Interest | J | T | | | | | |
| 26. Ore. St. Dept of Transp Hwy User, Lien A, Due 11/15/2030 | A | Interest | K | T | Buy | 12/16 | K | | |
| 27. Ptld OR Swr Sys Rev Rfdg, 1st Lien-Ser A, Due 6-15-2033 | A | Interest | J | T | Buy | 07/30 | J | | |
| 28. Clackamas Co OR Sch Dist #12, North Clack, Due 6-15-2030 | A | Interest | J | T | Buy | 03/12 | J | | |
| 29. UST First TR Spl 1679 Dow Target May 2008 | A | Interest | | | Buy | 05/01 | K | | |
| 30. | | | | | Sold | 11/14 | J | | |
| 31. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 32. Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 33. MUNICIPAL BONDS | | | | | | | | | |
| 34. Lane County Ore Sch Dist 4J, Due 7/1/2018 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ore. St. Hsg & Cmnty Svcs Dept, Due 1/1/2023 | A | Interest | J | T | | | | | |
| 36. Forest Grove Ore Ref Rfdg & Campus, 05/01/2036 | A | Interest | J | T | | | | | |
| 37. ORE St. Hlth HSF Edl & Cultural 11/15/2032 | A | Interest | K | T | | | | | |
| 38. Ptld Or Hsg Auth Rev RFDG 01/01/2027 | A | Interest | J | T | | | | | |
| 39. Wash Cnty Ore Sch Dist (Forest Grove) 06/15/2021 | A | Interest | K | T | | | | | |
| 40. Clack Cnty Ore Sch Dist (Lk Osw), 06/01/2026 | C | Interest | L | T | | | | | |
| 41. OHSU Rev Ser. A. MSF, MBIA, 07/01/2032 | A | Interest | J | T | | | | | |
| 42. Ore. St. Veterans Welfare Service, Due 10/01/2042 | A | Interest | K | T | | | | | |
| 43. Washington/Clackamas Cnty S.D. 23 Tigard, Due 6/15/2020 | A | Interest | K | T | | | | | |
| 44. Bend OR full faith & credit obligs, due 12/1/2022 | B | Interest | K | T | | | | | |
| 45. Deschutes Cnty, OR, Hosp Facs, due 1/1/2022 | C | Interest | L | T | | | | | |
| 46. OR St Bd Higher Ed G/O Ser. B Due 8/1/2028 | B | Interest | K | T | | | | | |
| 47. Portland City OR Ltd. Tax Conv. Ctr Ser A, Due 6-1-2030 | B | Interest | K | T | | | | | |
| 48. Umatilla Co. OR Hsp Fac Au Rev Cath Due 5/1/2034 | A | Interest | K | T | | | | | |
| 49. OR St Dept Transn Hwy User, Due 11-15-2028 | B | Interest | K | T | | | | | |
| 50. Ore St Dpt of Transp., Lien A Due 11/15/2028 | B | Interest | K | T | | | | | |
| 51. Ptld OR Swr Sys Rev First Lien, Due 6/15/2029 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ptld OR Swr Sys Rev 1st Lien,Ser A,6/15/20 27 | A | Interest | J | T | | | | | |
| 53. Salem OR Hosp Fac Auth Rev, Due 8/15/20 30 | B | Interest | K | T | | | | | |
| 54. Oregon State Ser 87A B/E, Due 12/1/2026 | B | Interest | K | T | | | | | |
| 55. Ore St Dept of Transp Hwy User, Due 11/ 15/2030 | A | Interest | K | T | Buy | 12/16 | K | | |
| 56. Ptld OR Swr Sys Rev A Rfdg, due 6/15/20 33 | A | Interest | J | T | Buy | 07/30 | K | | |
| 57. Clackamas Co OR Sch Dist #12, North Cla ck, due 6-15-2030 | A | Interest | J | T | Buy | 03/12 | J | | |
| 58. UTS First Tr Spcl Situations 1679 Dow Targ et May 2008 | A | Interest | | | Buy | 05/01 | K | | |
| 59. UTS EFT Strategic 10 Dow 07-A | A | Interest | | | Sold | 05/01 | K | | |
| 60. | | | | | | | | | |
| 61. Key Bank Private Bank | B | Interest | L | T | | | | | |
| 62. U.S. Bank Checking Acct | A | Interest | J | T | | | | | |
| 63. U.S. Bank Money Market Acct | B | Interest | M | T | | | | | |
| 64. 1/4 Interest in Clark, et al, Salem, OR Renta l, App. 1992 | D | Rent | | | Sold | 07/21 | M | G | Property was sold |
| 65. Pioneer Trust I.R.A. | E | Int./Div. | O | T | Partial Dist | 01/31 | O | E | |
| 66. Pioneer Trust Bank, Money Market | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/27/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/27/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544